1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BENNIE RAY BROWN,                           )    1:03-CV-06542-OWW-TAG
                                            )
              Petitioner,                   )
                                            )
     v.                                     )    ORDER GRANTING APPLICATION TO
                                            )    PROCEED IN FORMA PAUPERIS
                                            )    (Document 2)
                                            )
D.A. GARRETT HAMILTON, et al.,              )    ORDER DENYING MOTION FOR
                                            )    PROCEDURAL PROCESS
              Respondents.                  )    (Document 15)
                                            )

     Plaintiff is a prisoner proceeding pro se with a civil rights action.  On November 6, 2003,
plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983, along with an application to
proceed in forma pauperis pursuant to 28 U.S.C. 1915.  At the time of filing, plaintiff was in
custody at a facility in Bakersfield, California.  On January 23, 2004, plaintiff filed a notice of
change of address, indicating he was released from custody.  Due to plaintiff's release, the court
issued an order on February 6, 2004, directing plaintiff to file a new application to proceed in
forma pauperis **by a non-prisoner**, or in the alternative, pay the $150.00 filing fee.  To date,
plaintiff has not complied with or otherwise responded to the order.

     On February 6, 2005, plaintiff filed a document entitled "Motion for procedural process",
which the Court construes as a request to proceed with his case.  (Doc. 15).  Plaintiff's return
address indicates that he is again in custody at a facility in Bakersfield, California.  Due to
plaintiff's reincarceration, the Court finds that plaintiff's previous application to proceed in forma
pauperis, filed on November 6, 2003 (Doc. 2), now entitles plaintiff to proceed in forma
pauperis.

ed                                              1

1    Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2  This proceeding was referred to this Court by Local Rule 72-302 pursuant to 28 U.S.C.

3  § 636(b)(1).  Plaintiff has submitted a declaration that makes the showing required by § 1915(a).

4  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

5  Given the foregoing order, the Court will deny plaintiff's motion for procedural process, as moot.

6    Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay

7  the statutory filing fee of $150.00 for this action.[1]  Plaintiff was without funds during the six

8  months immediately preceding the filing of his complaint  Accordingly, the Court will not assess

9  an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly

10 payments of **twenty (20) percent** of the preceding month's income credited to plaintiff's prison

11 trust account.  These payments shall be collected and forwarded by the appropriate agency to the

12 Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee

13 is paid in full.  28 U.S.C. § 1915(b)(2).

14    In accordance with the above, IT IS HEREBY ORDERED that:

15      1.  Plaintiff's request for leave to proceed in forma pauperis (Doc. 2) is

16      GRANTED;

17      2.  Plaintiff is obligated to pay the statutory filing fee of $150.00 for this action;

18      3. The filing fee shall be collected and paid in accordance with this court's order

19      to the Kern County Sheriff filed concurrently herewith; and

20      4. Plaintiff's Motion for procedural process (Doc. 15) is DENIED as moot.

21

22    IT IS SO ORDERED.

23 **Dated:    April 26, 2005**                    **/s/ Theresa A. Goldner**
   j6eb3d                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28
   _____
   [1]  At the time plaintiff filed his complaint, the statutory filing fee for all civil actions except applications for writs of habeas corpus was $150.00.  See 28 U.S.C. § 1914(a).