UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>        Petitioner,<br><br>   v.<br><br>D.A. GARRETT HAMILTON, et al.,<br><br>        Respondents. | 1:03-cv-06542-OWW-TAG<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE (Doc. 20) |

     Bennie Ray Brown is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.

     On November 6, 2003, Mr. Brown filed a complaint alleging various constitutional violations. (Doc. 1). On May 9, 2005, the Court issued an order dismissing the complaint for failure to state cognizable claims, but granted Plaintiff thirty days within which to file an amended complaint addressing the concerns expressed in the Court's May 9, 2005 order. (Doc. 19). On May 20, 2005, Plaintiff filed the instant motion to continue, which the Court construes as a motion for an extension of time. (Doc. 20).

///

///

1

1     Plaintiff alleges that he needs an additional sixty days to respond to the order of May 20, 2005; although Petitioner's reasons for needing the additional time are not clearly stated, it appears that Plaintiff faces time constraints due to the press of other cases he has filed.  Because Plaintiff has not clearly stated grounds that justify a sixty-day extension, the Court will grant a thirty-day extension within which Plaintiff must file his amended complaint.

    Accordingly, GOOD CAUSE appearing therefore, the Court HEREBY GRANTS in part Plaintiff's Motion for Continuance.  (Doc. 32).  Plaintiff is granted thirty days from the date of service of this order to file his amended complaint.

IT IS SO ORDERED.

**Dated:   June 13, 2005**                  **/s/ Theresa A. Goldner**
j6eb3d                                   UNITED STATES MAGISTRATE JUDGE