IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D.A. GARRETT HAMILTON, et al.,<br><br>　　　　Defendants. | 1:03-CV-6542-OWW-TAG<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME<br><br>(Doc. 23) |

　　　　Plaintiff is a prisoner proceeding pro se with a civil rights action. On November 6, 2003, plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). On May 9, 2005, the Court ordered that Plaintiff's complaint be dismissed without prejudice and with leave to amend. (Doc. 19). Plaintiff was ordered to file an amended complaint by June 13, 2005. (Id.).

　　　　On May 20, 2005, Plaintiff requested an extension of time within which to comply with the Court's order of May 9, 2005. (Doc. 20). On June 14, 2005, the Court granted Plaintiff his extension of time until July 18, 2005 within which to file his amended complaint. (Doc. 21). On September 8, 2005, Plaintiff filed a motion for "continuance," which the Court construes as a second request for an extension of time to respond. (Doc. 23). As grounds therefore, Plaintiff

1

1  indicates that he has been released from custody, that he is homeless, and that he is without
2  finances.  (Id.).
3      GOOD CAUSE appearing therefore, Plaintiff's motion for extension of time (Doc. 23), is
4  HEREBY GRANTED.  Plaintiff is granted thirty (30) days from the date of service of this Order
5  within which to file his amended complaint and otherwise to comply with the Court's order of
6  May 9, 2005.

8  IT IS SO ORDERED.
9  **Dated:    October 24, 2005**                    **/s/ Theresa A. Goldner**
   j6eb3d                                            UNITED STATES MAGISTRATE JUDGE