1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   BENNIE RAY BROWN,                    )        1:03-CV-6542-OWW-TAG
                                          )
12              Plaintiff,                )
                                          )
13        vs.                             )        ORDER TO SHOW CAUSE WHY
                                          )        COMPLAINT SHOULD NOT BE
14   D.A. GARRETT HAMILTON, et al.,       )        DISMISSED
                                          )
15              Defendants.               )        ORDER DENYING THIRD REQUEST
                                          )        FOR EXTENSION OF TIME
16                                        )        (Doc. 26)
                                          )
17   _____)        ORDER DIRECTING CLERK OF COURT
                                          )        TO SERVE DOCUMENTS ON
18                                                 PLAINTIFF (Docs. 1, 19)

19          Plaintiff is a prisoner proceeding pro se with a civil rights action.  On November

20   6, 2003, plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  On May

21   9, 2005, the Court ordered that plaintiff's complaint be dismissed without prejudice and with

22   leave to amend.  (Doc. 19).  Plaintiff was ordered to file an amended complaint by June 13, 2005.

23   (Id.).

24          On May 20, 2005, plaintiff requested an extension of time within which to comply with

25   the Court's order of May 9, 2005.  (Doc. 20).  On June 14, 2005, the Court granted plaintiff an

26

extension of time until July 18, 2005 within which to file his amended complaint. (Doc. 21).  On September 8, 2005, plaintiff filed a motion for a sixty day "continuance," which the Court construed as a second request for an extension of time to respond.  (Doc. 23).  On October 25, 2005, the Court granted plaintiff thirty days in which to file his amended complaint. (Doc. 25). On November 29, 2005, plaintiff filed the instant motion, seeking a third extension of time in which to file his amended complaint.  (Doc. 26).   As grounds therefore, plaintiff contends that he has been unable to obtain documents from the public defender's office and is unable to pay for copying the public defender's file.  (Doc. 26, p. 1).

The Court notes that although plaintiff has been granted extensions of time totaling more than seven months, he has failed to file an amended complaint that rectifies the problems identified in the Court's May 8, 2005 order.  Now plaintiff contends that he has been unable to comply with the Court's order due to his inability to obtain documents from the public defender.

It is not apparent to this Court what documents plaintiff requires in order to comply with the order to file an amended complaint.  However, assuming, arguendo, that plaintiff presently has no files in his possession related to this case, the only files plaintiff would need in order to comply with the Court's order are the original complaint, which the Court has identified as deficient, and the Court's May 8, 2005 Order explaining those deficiencies.

Accordingly, the Court will deny plaintiff's motion for an extension of time and will require plaintiff to respond to this order to show cause either by filing an amended complaint within thirty days or, in a written submission to this Court, showing good cause why the complaint should not be dismissed for failure to comply with the Court's May 8, 2005 order.  In order to ensure that plaintiff has all of the documents he requires to file his amended complaint, the Court will order the Clerk of the Court to serve him with copies of the original complaint and the Court's May 8, 2005 order. (Docs. 1, 19).

///

**ORDER TO SHOW CAUSE**

Accordingly, it is HEREBY ORDERED that:

1.  Plaintiff is granted THIRTY (30) days from the date of service of this Order, to SHOW CAUSE why the complaint should not be dismissed for failing to comply with the Court's May 8, 2005 order.  Plaintiff may satisfy the order to show cause by filing an amended complaint that addresses the deficiencies identified by the Court in its May 8, 2005 order or by filing a written submission with the Court explaining his good cause for failure to comply with the Court's order to amend;

2.  Plaintiff's third request for an extension of time (Doc. 26) is DENIED;

3.  The Clerk of the Court is DIRECTED to serve on plaintiff the original complaint (Doc. 1), and the Court's May 8, 2005 order (Doc. 19).

Petitioner is forewarned that his failure to comply with this order will result in a recommendation that the Petition be dismissed pursuant to Local Rule 11-110.

IT IS SO ORDERED.

**Dated:     December 5, 2005             /s/ Theresa A. Goldner**
j6eb3d                                UNITED STATES MAGISTRATE JUDGE