1
2
3
4
5
6          **UNITED STATES DISTRICT COURT**
7          **EASTERN DISTRICT OF CALIFORNIA**
8
9   BENNIE RAY BROWN,              )      1:03-cv-6542 OWW TAG
                                   )
10              Plaintiff,         )      ORDER DISMISSING ACTION
                                   )
11       v.                        )
                                   )
12  D.A. GARRETT HAMILTON, et al., )
                                   )
13              Defendants.        )
                                   )
14  _____)
15

16      This case is a separate case from another civil rights case
17  Plaintiff has pending before this Court.  Plaintiff has failed to
18  respond to the Order to Show Cause why the November 6, 2003,
19  complaint should not be dismissed.  He has not explained why any
20  documents he allegedly is unable to copy or cannot afford to copy
21  have any bearing whatsoever on his failure in over one year to
22  file an amended complaint.

23      Plaintiff has failed to show any cause why the complaint
24  should not be dismissed.  The Magistrate Judge's Order of
25  December 5, 2005, clearly gave notice to Plaintiff what was
26  required to respond to the Order to Show Cause.  Plaintiff has
27  elected not to do so.

28      IT IS ORDERED that this case is DISMISSED for failure to

                              1

1  prosecute, failure to file an amended complaint, and failure to

2  obey an order of court.

3

4  IT IS SO ORDERED.

5  **Dated:    July 21, 2006    **                    **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28